IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** ) | |
| ) | |
| Shirley Lynn Walker ) | **Case No.** 17-21289-CMB |
| ) | |
| ) | **Chapter 7** |
| **Debtor(s).** ) | |

## **ORDER**

Whereas, Bankruptcy Rule 1007(c) requires an individual debtor to file a statement regarding completion of a course in personal financial management within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code in a Chapter 7 case; and

Whereas, 11 U.S.C. § 727 (a)(11) states that the Court shall not grant a discharge unless the debtor completes an instructional course concerning personal financial management after filing the petition; and

Whereas, Shirley Lynn Walker failed to file a certification substantially conforming to Official Form No. 423, Certification of Completion of Instructional Course Concerning Personal Financial Management, that reflected timely attendance at a course in personal financial management.

It is hereby ordered, this case will be closed without entry of a discharge order for this individual debtor.  Shirley Lynn Walker shall not receive a discharge of his or her debts in this bankruptcy case.

Dated:  July 28, 2017        By:        Carlota M. Böhm
                                        United States Bankruptcy Judge

#67-D

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Shirley Lynn Walker
   Debtor

Case No. 17-21289-CMB
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2  User: lkat  Page 1 of 1  Date Rcvd: Jul 31, 2017
       Form ID: pdf900  Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2017.
db  +Shirley Lynn Walker, 602 5th Street, Charleroi, PA 15022-1354

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14394102  +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Aug 01 2017 01:36:54  Comcast,
  676 Island Pond Road, Manchester, NH 03109-4840
14394101  E-mail/Text: bankruptcy@firstenergycorp.com Aug 01 2017 01:36:42  West Penn Power,
  P.O. Box 3687, Akron, OH 44309-3687
                              TOTAL: 2

   ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr   Quicken Loans Inc.
                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2017 at the address(es) listed below:
  James Warmbrodt  on behalf of Creditor  Quicken Loans Inc. bkgroup@kmllawgroup.com
  Office of the United States Trustee  ustpregion03.pi.ecf@usdoj.gov
  Pamela J. Wilson  pwilson@epiqtrustee.com, pwilson@ecf.epiqsystems.com
                              TOTAL: 3